FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Loi Tan Dang, DEFENDANT(S). | CASE NUMBER CR 08-584-MMM ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __the defendant__, IT IS ORDERED that a detention hearing is set for __February 24__, __2012__, at __2__ ☐ a.m. / ☒ p.m. before the Honorable __Jean Rosenbluth__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __N/A__ and produced for the hearing.
(Other custodial officer)

Dated: __2/23/12__                    __[signature]__
                                       U.S. District Judge/Magistrate Judge