O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Loi Tan Dang, <br><br> Defendant. | Case No.: CR 08-0584-MMM <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unverified background, two recent failures to appear,

1  lack of compliance on supervised release, history of substance
2  abuse, history of warrants and violations
3  _____
4     and/or
5  B.  ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9      on:_____
10     _____
11     _____
12     _____
13
14     IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:  2/24/12                    /s/ Jean Rosenbluth
                                       JEAN ROSENBLUTH
18                                     U.S. MAGISTRATE JUDGE