1
2
3
4
5
6
7

O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUL 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No.: CR 08-584-MMM
12                  Plaintiff,
                                       ORDER OF DETENTION AFTER
13       vs.                           HEARING
                                       [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
14 Dang, Loi Tan                         § 3143(a)]
15                  Defendant.

16

17       The defendant having been arrested in this District pursuant to a warrant issued
18 by the United States District Court for the ___CDCA___,
19 for alleged violation(s) of the terms and conditions of his/her [probation] [supervised
20 release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule of
22 Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24 A.   (X) The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under 18 U.S.C. §
26       3142(b) or (c). This finding is based on _backgrd cmty ties_
27       _unknown due to failure to interview; bail_
28       _resources unknown._ ~~Illegal immigration status.~~

1  _history of noncompliance with supervision conditions;_
2  _ongoing substance abuse problem_
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on _criminal history record; substance_
8  _abuse history_

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: _7/19/13_

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE