UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 08-00584-MMM |
| Plaintiff, | ) ) ) | **AMENDED** JUDGMENT AND COMMITMENT ORDER UPON |
| vs. | ) ) | REVOCATION OF SUPERVISED RELEASE |
| LOI TAN DANG, | ) ) | |
| Defendant. | ) ) | |

    WHEREAS, on September 21, 2009, the defendant having been sentenced to the offense of conspiracy to conduct access device fraud, in violation of Title 18 U.S.C. §1029(b)(2), as alleged in the Indictment.

    WHEREAS, on **September 9, 2013**, the attorney for the government, the defendant and his counsel, Sashishi Kewalramani, appeared before the court; the defendant having admitted to violating the terms and conditions of supervised release,

    IT IS HEREBY ORDERED that the supervised release be revoked, vacated and set aside.

    IT IS ADJUDGED that the defendant is hereby committed to the custody of the Bureau of Prisons for imprisonment for a term of twelve (12) months, with no supervision to follow.

MARGARET M. MORROW
U.S. DISTRICT JUDGE

FILED: September 10, 2013
CLERK, U.S. DISTRICT COURT

By: _____
Anel Huerta
Courtroom Deputy Clerk